UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FILED

2011 MAR -2 PH [illegible]

CLERK, US DISTRICT C[illegible]
MIDDLE DISTRICT OF F[illegible]
JACKSONVILLE FLOR[illegible]

UNITED STATES OF AMERICA,

Plaintiff,

v.                                                                 Case No. 3:09-cv-465-J-20TEM

PAMELA A. COOKE,

Defendant.
_____/

## ORDER

This cause is before this Court Plaintiff's Motion for Entry of Default Judgment (Dkt. 10). Plaintiff seeks a default judgment against Defendant concerning her indebtedness and fees.

This matter is also before on Plaintiff's Response to Show Cause Order (Dkt. 12). The Order to Show Cause was issued because Plaintiff waited more than a year after the sixty-day deadline had passed to file a Motion for Default Judgment. *See* Local Rule 1.07(b). Plaintiff was given the opportunity to demonstrate good cause and excusable neglect for the late filing.

After having reviewed Plaintiff's Response (Dkt. 12), this Court notes maternity leave and giving birth cannot take over 16 months. Anyone running a private law practice who has a case and allows such time to elapse does not show due diligence and preparedness for his client. However, by defaulting and never responding to a properly served complaint, Defendant's behavior is just as deplorable. It seems, therefore, to be a tie game. But because Plaintiff paid a filing fee to invoke this Court's jurisdiction, Plaintiff wins and the Clerk will enter default judgment.

According, it is **ORDERED**:

1. Plaintiff's Motion for Entry of Default Judgment (Dkt. 10) is **GRANTED**;

2. Plaintiff is awarded $21,566.19, from Defendant. This total consists of $6,087.57 in

unpaid principal, plus $5,788.28 in accrued interest for Claim No. 2009A41851 and $4,933.43 in unpaid principal, plus $4,756.91 in accrued interest for Claim No. 2009A41857 through December 8, 2010 together with interest thereafter to the date of entry of judgment at the rate of 5.01% (for Claim No. 2009A41851 ) and 5.67% (for Claim No. 2009A41857) per year in accordance with provisions of 4 C.F.R. § 102.11, and together with costs taxed in accordance with the provisions of 28 U.S.C. § 1920, as specified by 28 U.S.C. §§ 1914, 1921;

3. Plaintiff is awarded the reasonable sum of $375.00 for fees and costs for Becker & Poliakoff, P.A.;

4. Pursuant to Federal Rule of Civil Procedure 55(b), the Clerk is shall enter default judgment against Defendant Pamela A. Cook in accordance with the above amounts;

5. The Marshal is directed to personally serve a copy of this Order on the Defendants; and

6. The Clerk is directed to terminate all pending motions and **CLOSE** this case.

**DONE AND ENTERED** at Jacksonville, Florida, this 2nd day of March, 2011.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies To:
Pamela A. Cook, *pro se*
Stephen M. Davis, Esq.
United States Marshal's Office